# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PRIORITY PAYMENT SYSTEMS, LLC, CYNERGY DATA, LLC, and PRIORITY HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SIGNAPAY, LTD., SIGNAPAY, LLC, ANDRES ORDOÑEZ, TOM BOHAN, INTREND SOFTWARE SOLUTIONS, and GUSTAVO SIMONE, <br><br> Defendants. | Civil Action No. <br> 1:15-CV-04140-AT |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, Priority Payment Systems, LLC, Cynergy Data, LLC, and Priority Holdings, LLC, nongovernmental corporate parties, certify that Priority Payment Systems, LLC and Cynergy Data, LLC are wholly owned by Priority Holdings, LLC.

The undersigned further certify that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a. Priority Payment Systems, LLC;

b. Cynergy Data, LLC;

c. Priority Holdings, LLC;

d. Comvest Pipeline Cynergy Holdings, LLC;

e. King & Spalding LLP, counsel for Plaintiffs;

f. Barry Goheen, counsel for Plaintiffs;

g. Stephen P. Cummings, counsel for Plaintiffs;

h. Nicholas G. Hill, counsel for Plaintiffs;

i. Stout Kaiser Matteson Peake & Hendrick, LLC, counsel for SignaPay, LTD., SignaPay, LLC, Andres Ordoñez, and Tom Bohan (collectively, "Defendants");

j. Joseph C. Peake, III, counsel for Defendants;

k. Andrew C. Matteson, counsel for Defendants;

l. Reese Gordon Marketos LLP, counsel for Defendants;

m. Joel W. Reese, counsel for Defendants;

n. Tyler J. Bexley, counsel for Defendants;

o. SignaPay, LTD.;

p. SignaPay, LLC;

q. Andres Ordoñez;

r. Tom Bohan;

s. Intrend Software Solutions;

t. Gustavo Simone.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a. Plaintiffs: Barry Goheen
Stephen P. Cummings
Nicholas G. Hill
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309

b. Defendants: Joseph C. Peake, III
Andrew C. Matteson
Stout Kaiser Matteson Peake & Hendrick, LLC
1117 Perimeter Center West, Suite W400
Atlanta, GA 30338

Joel W. Reese
Tyler J. Bexley
Reese Gordon Marketos LLP
750 North St. Paul Street, Suite 610
Dallas, TX 75201

Dated: December 3, 2015.

/s/ *Barry Goheen*
Barry Goheen
Stephen P. Cummings
Nicholas G. Hill
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5139
Email: BGoheen@kslaw.com
Attorneys for Plaintiffs *Priority Payment Systems, LLC, Cynergy Data, LLC, and Priority Holdings, LLC*

3

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this **Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement** and that it has been formatted in compliance with Local Rule 5.1.

DATED:  December 3, 2015.

                                                 /s/ *Barry Goheen*
                                               Barry Goheen

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Joseph C. Peake, III
Andrew C. Matteson
Stout Kaiser Matteson Peake & Hendrick, LLC
1117 Perimeter Center West
Suite W400
Atlanta, GA  30338

DATED:  December 3, 2015.

/s/ *Barry Goheen*
Barry Goheen