# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:15-cv-04140-AT**
**Priority Payment Systems, LLC et al v. SignaPay, LTD et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Open Court on 01/19/2016.

TIME COURT COMMENCED: 2:04 P.M.
TIME COURT CONCLUDED: 4:48 P.M.        COURT REPORTER: Wynette Blathers
TIME IN COURT: 2:44                    DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Stephen Cummings representing Cynergy Data, LLC<br>Stephen Cummings representing Priority Holdings, LLC<br>Stephen Cummings representing Priority Payment Systems, LLC<br>Barry Goheen representing Cynergy Data, LLC<br>Barry Goheen representing Priority Holdings, LLC<br>Barry Goheen representing Priority Payment Systems, LLC<br>Joseph Peake representing SignaPay, LLC<br>Joseph Peake representing SignaPay, LTD<br>Joseph Peake representing Andres Ordonez<br>Joseph Peake representing Tom Bohan<br>Joel Reese representing SignaPay, LLC<br>Joel Reese representing SignaPay, LTD<br>Joel Reese representing Andres Ordonez<br>Joel Reese representing Tom Bohan |
| OTHER(S) PRESENT: | Chris Prince, in-house counsel for Priority Payment Systems, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [6]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Plaintiffs called Sean Kiewiet to the stand. The witness was sworn and testified, with cross-exam by Defense, redirect by Plaintiffs, questioning from the Court, and follow-up by both Defense and Plaintiffs. Plaintiffs called David Stainback to the stand. The witness was sworn and testified with cross-exam by Defense, redirect by Plaintiffs, follow-up by both Defense and Plaintiffs, and questioning from the Court. The Court posed questions to counsel and heard argument from counsel. The Court took the motion under consideration; a written order will follow. |